UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RICHARD CONVERSE
STEPHANIE CONVERSE,

                    Plaintiffs,

Docket No.

5:21 CV 457 (TJM/ATB)

      -against-

STATE FARM FIRE AND CASUALTY COMPANY,

                    Defendant.
-------------------------------------------------------------------X

## **STIPULATION EXTENDING DEADLINE TO REPSOND TO COMPLAINT**

     IT IS HEREBY STIPULATED AND AGREED, that Defendant State Farm Fire and Casualty Company has an extension of time, up to and including May 21, 2021, to respond to the Complaint in this action.

Dated:    Albany, New York
            April 27, 2021

| WESTFALL LAW PLLC | RIVKIN RADLER LLP |
|---|---|
| By: /s/ Ryan L. McCarthy | By: /s/ James P. Lagios |
| Ryan L. McCarthy, Esq. | James P. Lagios, Esq. |
| 247 W. Fayette Street, Suite 203 | 66 South Pearl Street |
| Syracuse, NY 13202 | Albany NY |
| 315-412-0440 | 518-462-3000 |
| Counsel for Plaintiffs | Counsel for Defendant |
| Richard Converse and Stephanie Converse | State Farm Fire and Casualty Company |

IT IS SO ORDERED:

_Andrew T. Baxter_
Andrew T. Baxter
U.S. Magistrate Judge

Dated: _4/27/2021_
        Syracuse, NY

2197980.v3