UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RICHARD CONVERSE
STEPHANIE CONVERSE,

                Plaintiffs,

       -vs-

STATE FARM FIRE AND CASUALTY
COMPANY,

                Defendant.
------------------------------------------------------------x

Civil Action No. 21-cv-457 (MAT/ATB)

**NOTICE OF APPEARANCE**

       **PLEASE TAKE NOTICE** that Michael P. Welch, Esq., of the law firm Rivkin Radler LLP, hereby appears in the above-entitled action on behalf of the Defendant, State Farm Fire and Casualty Company.

Dated: Uniondale, New York
        July 14, 2021

                                        Respectfully submitted,

                                        RIVKIN RADLER LLP
                                        *Attorneys for Defendant,*
                                        *State Farm Fire and Casualty Company*

                    By:   s/ *Michael P. Welch*
                            Michael P. Welch, Esq.
                            (Bar Roll No. 702280)
                            926 RXR Plaza
                            Uniondale, New York 11556
                            (516) 357-3000
                            Michael.Welch@rivkin.com

5367463.v1