# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Richard Converse and Stephanie Converse**

       Plaintiffs

vs.                          **CASE NUMBER: 5:21-cv-457 (TJM/ATB)**

**State Farm Fire and Casualty Insurance**

       Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Granting [8] Motion to Dismiss.

All of the above pursuant to the order of the Honorable Thomas J. McAvoy, dated the 31st day of March, 2022.

DATED: March 31, 2022

*[signature]*
Clerk of Court

       s/Kathy Rogers
       Deputy Clerk