UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
RICHARD CONVERSE and STEPHANIE CONVERSE,

                Plaintiffs,

-against-

STATE FARM FIRE AND CASUALTY COMPANY,

                Defendant.
----------------------------------------------------------X

**AFFIDAVIT IN SUPPORT OF MOTION**

Docket No. 5:21-cv-457

STATE OF FLORIDA    )
                             ) ss.
COUNTY OF LEE      )

**JORGE ORO**, being duly sworn, deposes and says:

1.    I am over 18 years of age and am employed as a Detective by the Lee County Sheriff's Office. I am fully familiar with the facts and circumstances referenced in this Affidavit.

2.    I understand that this action arises out of a fire loss at the premises located at 442 Flower Avenue East, Watertown, New York that occurred on December 8, 2019.

3.    On January 2, 2020, I was a participant in a recorded interview given by Stephanie Converse, a true and correct copy of which is annexed hereto as **Exhibit "A"** (the "Interview"). This interview is identified by the Lee County Sheriff's Office by agency report number 19-614637.

4.    The Interview was attended only by Stephanie Converse, Detective Scott Hill (a former Deputy with the Lee County Sheriff's Office) and me, and was contemporaneously recorded in an electronic format by the Lee County Sheriff's Office at the time of the Interview.

5.    I have listened to and reviewed the Interview in its entirety. I certify the recording completely and accurately depicts the Interview with no changes, alterations, or deletions in any question or answer, or in the length or format of the recording.

I have read the foregoing and affirm the statements contained herein are the truth.

*[signature]* 10-068
JORGE ORO

Subscribed and sworn to before me
this 10 day of October, 2022.

*[signature]* Angelita Chery
Notary Public

ANGELITA CHERY
Commission # HH 106029
Expires February 21, 2023
Bonded Thru Troy Fain Insurance 800-385-7019

2

2354218.v1