Joe,

How have you been? I miss you! Hope all is well and your doing good. Having issues with my house again. Need help this time! I will pay you $5,000 cash when I get the insurance. The back door will be unlocked and open to the basement. That's where the access to utilies are. Tues and Wed are good days. Make looks like electrical. I will come up after it happens so I will meet up with you. Property is at 12044 Flower Ave East. It's a mint green house with garage.

Love you,
See you Soon.
Stephanie

EXHIBIT
16
3/3/20

Stephano Converse
9006 Daniels Parkway Ste 203
Fort Myers FL 33912

Joe Pelton
16583 Evans Rd.
Dexter NY 13634