# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Richard Converse, Stephanie Converse**
    Plaintiff(s)

vs.                       **CASE NUMBER: 5:21-cv-457 (TJM/ATB)**

**State Farm Fire and Casualty Insurance**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: DECISION & ORDER granting 38 Motion for Summary Judgment; denying 39 Motion for Summary Judgment. IT IS SO ORDERED.

All of the above pursuant to the order of the Honorable **Thomas J. McAvoy**, dated July 12, 2023.

DATED: July 12, 2023

_John Domurad_
Clerk of Court

s/Kathy Rogers
Deputy Clerk